IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNIVERSAL HOSPITAL SERVICES, INC., ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-15-CA-32-FB |
| ) | |
| HILL-ROM HOLDINGS, INC.; HILL-ROM ) | |
| COMPANY, INC.; and HILL-ROM ) | |
| SERVICES, INC., ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the status of the above styled and numbered cause. This case was administratively closed (docket no. 159) in March of 2018. The parties have now filed a Stipulated Motion for Dismissal With Prejudice. (Docket no. 162). In the motion, the parties announce they have reached a settlement agreement and stipulate to the dismissal of this action with prejudice, with each party to pay its own attorneys' fees, costs and expenses. After careful consideration, the Court is of the opinion the motion should be granted. To this end,

IT IS ORDERED that the Order of Administrative Closure (docket no. 159) is LIFTED and this case is REOPENED for the limited purpose of granting the parties request for dismissal with prejudice as set forth in their stipulated motion.

IT IS FURTHER ORDERED that the parties' Stipulated Motion for Dismissal With Prejudice (docket no. 162) is GRANTED such that the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees, costs and expenses.

IT IS FINALLY ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of May, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE