IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNIVERSAL HOSPITAL SERVICES, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> V.                                                ) <br> ) <br> HILL-ROM HOLDINGS, INC.; HILL-ROM ) <br> COMPANY, INC.; and HILL-ROM         ) <br> SERVICES, INC.,                             ) <br> ) <br> **Defendants.**                              ) | CIVIL ACTION NO. SA-15-CA-32-FB |

### **JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (docket no. 159) is LIFTED and this case is REOPENED for the limited purpose of granting the parties request for dismissal with prejudice as set forth in their stipulated motion.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the parties' Stipulated Motion for Dismissal With Prejudice (docket no. 162) is GRANTED such that the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party to pay its own attorneys' fees, costs and expenses.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of May, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE